# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
* * *

| | |
|---|---|
| JEROME L. GRIMES,<br><br>      Petitioner,<br>v.<br>STATE OF NEVADA,<br><br>      Respondent. | Case No. 3:17-cv-00523-MMD-VPC<br><br>ORDER |

Petitioner Jerome L. Grimes has submitted a purported *pro se* petition for writ of habeas corpus under 28 U.S.C. § 2254 (ECF No. 1-1). The petition is not on the court-required form, and the application to proceed *in forma pauperis* is incomplete. Accordingly, this matter has not been properly commenced. 28 U.S.C. § 1915(a)(2) and Local Rule LSR1-2. The present action, therefore, will be dismissed without prejudice.

Moreover, petitioner's filing is largely indecipherable, sets forth no discernible factual allegations cognizable in federal habeas and no discernible, plausible factual allegations that would state a claim for which relief may be granted in any event. He states that he is currently an "illegal" patient at Springfield Hospital Center in Sykesville, MD. He states that the relief he seeks is "to be free from tainting, defamation, fraudulent, coloring and prejudicial public 911 broadcasted information" (ECF No. 1-1 at 1). Petitioner's submission is delusional and frivolous.

It is therefore ordered that the Clerk detach and file the petition (ECF No. 1-1).

It is further ordered that petitioner's application to proceed *in forma pauperis* (ECF No. 1) is denied.

It is further ordered this action is dismissed as improperly commenced and frivolous.

It is further ordered that the Clerk enter judgment accordingly and close this case.

DATED THIS 6th day of November 2017.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE