AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*        DISTRICT OF   NEVADA

JEROME L. GRIMES,

    Petitioner,

v.

JUDGMENT IN A CIVIL CASE

CASE NUMBER:  3:17-cv-00523-MMD-VPC

STATE OF NEVADA, et al.,

    Respondent(s).

___  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed as improperly commenced and frivolous.

November 6, 2017

**DEBRA K. KEMPI**
Clerk

 /s/ K. Rusin
Deputy Clerk